# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137915

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

REGINALD JOHNSON,
      Defendant-Appellant.

SC: 137915
COA: 278955
Wayne CC: 07-005580-02

_____/

      On order of the Court, the application for leave to appeal the October 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

Clerk

d0527